IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CODY PEASE,<br><br>             Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>             Defendants. | CV 24-127-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff's Stipulation to Dismiss with Prejudice (Doc. 22), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of December, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1